**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 598 MAL 2022

       Respondent             :

                               :   Petition for Allowance of Appeal

                               :   from the Order of the Superior Court

       v.                     :

                               :

ALIEK QUASIM CARR,           :

                               :

       Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.